# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00479-CR

**Jeremy Ryan McClintock, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT NO. 07-781-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jeremy Ryan McClintock seeks to challenge his conviction for three counts of forgery. A document filed by the trial court clerk contains this statement:

> <u>Defendant</u> agrees to plead guilty to the above specified offense(s), true to enhancement allegations, if any, judicially confess, **waive any right to appeal this case** or expunge or seal any records related to any offenses included in the plea agreement. In addition, all evidence seized in connection with the arrest and prosecution may be destroyed.
>
> <u>State</u> agrees to recommend ***the defendant*** *pleas open to the Court and* ***agrees to*** ***<u>waive his right to appeal</u>***.

(Underlining in original, bold emphasis added, italicized emphasis handwritten on blank in document.) The trial court certified that McClintock does not have the right to appeal because he waived the right of appeal. *See* Tex. R. App. P. 25.2(d).

The appeal is dismissed. *Id*.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed:   November 21, 2008

Do Not Publish